JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-6833
    Facsimile:    (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0605 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| KEVIN A. SELTENRICH, | |
| Defendant. | |

      On September 22, 2008, the parties appeared before the Court for trial setting.  The defendant has requested that he be allowed to represent himself.  The Court set September 29, 2008 for a continued trial setting date and to allow defendant time to respond to the Court's questions concerning self representation.  The Court agreed to exclude all time under the Speedy Trial Act between September 22, 2008 and September 29, 2008 for continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties and Court agreed that the ends of justice served by granting such a continuance for effective preparation and continuity of counsel outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

1    SO STIPULATED:

2
                                    JOSEPH P. RUSSONIELLO
3                                   United States Attorney

4

5    DATED: September 22, 2008        _____/s/_____
                                    KATHERINE B. DOWLING
6                                   Assistant United States Attorney

7

8    DATED: September 22, 2008        _____/s/_____
                                    RITA BOSWORTH
9                                   Attorney for Defendant

10

11       Failure to grant an exclusion of time for the requested continuance would deny counsel for

12   defendant reasonable time necessary for effective preparation and continuity of counsel.  18

13   U.S.C. § 3161(h)(8)(B)(iv).  Therefore, the Court finds that exclusion of time from September

14   22, 2008 through September 29, 2008, is warranted because the ends of justice served by the

15   exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18

16   U.S.C. § 3161(h)(8)(A).

17

18   SO ORDERED.

19

20   DATED:_ 9/24/2008 _____

21                                   _____
                                    IT IS SO ORDERED
                                    United States District Judge
22                                   Judge Marilyn H. Patel

23

24

25

26

27

28