1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   KATHERINE B. DOWLING (CABN 220767)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California  94102
        Telephone:    (415) 436-6833
7       Facsimile:    (415) 436-7234
        Katherine.Dowling@usdoj.gov
8
9   Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,        )   CR No. 08-0605 MHP
                                     )
16       Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
17       v.                          )
                                     )
18  KEVIN A. SELTENRICH,             )
                                     )
19       Defendant.                  )
                                     )
20  _____)

21       On September 29, 2008, the parties appeared before the Court for trial setting.  The

22  defendant had requested that he be allowed to represent himself at the trial setting on September

23  22, 2008.  The Court set September 29, 2008 for a continued trial setting date and to allow

24  defendant time to respond to the Court's questions concerning self representation. On September

25  29, 2008, defendant informed the Court that he had agreed to be represented.  A new date of

26  October 20, 2008 was set for a status conference and/or trial setting. The Court agreed to exclude

27  all time under the Speedy Trial Act between September 29, 2008 and October 20, 2008 for

28  effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties and Court agreed

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0605 MHP                                                                    1

1    that the ends of justice served by granting such a continuance for effective preparation of counsel

2    outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

3    3161(h)(8)(A).  Based on the exclusion of time through October 20, 2008, defendant's speedy

4    trial date will be December 29, 2008.

5

6    SO STIPULATED:

7                            JOSEPH P. RUSSONIELLO

8                            United States Attorney

9

10    DATED: October 3, 2008               /s/

                           KATHERINE B. DOWLING

11                            Assistant United States Attorney

12

13    DATED: October 3, 2008               /s/

                           RITA BOSWORTH

14                            Attorney for Defendant

15

16      Failure to grant an exclusion of time for the requested continuance would deny counsel for

17    defendant reasonable time necessary for effective preparation of counsel.  18 U.S.C. §

18    3161(h)(8)(B)(iv).  Therefore, the Court finds that exclusion of time from September 29, 2008

19    through October 20, 2008, is warranted because the ends of justice served by the exclusion of

20    time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

21    3161(h)(8)(A).

22

23    SO ORDERED.

24

25    DATED: 10/6/2008

              IT IS SO ORDERED

26    HON

     Unite

27                    Judge Marilyn H. Patel

28