JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-6833
    Facsimile:     (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR No. 08-0605 MHP |
|     Plaintiff,   ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v.   ) | |
| KEVIN A. SELTENRICH,   ) | |
|     Defendant.   ) | |

    On October 20, 2008, the parties appeared before the Court for a continued trial setting. A new date of November 24, 2008 was set for a change of plea. The Court agreed to exclude all time under the Speedy Trial Act between October 20, 2008 and November 24, 2008 for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties and Court agreed that the ends of justice served by granting such a continuance for effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Based on the exclusion of time through November 24, 2008, defendant's speedy trial date will be February 2, 2008.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: October 23, 2008          /s/
                                 KATHERINE B. DOWLING
                                 Assistant United States Attorney

DATED: October 23, 2008          /s/
                                 RITA BOSWORTH
                                 Attorney for Defendant

Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from October 20, 2008 through November 24, 2008, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: 11/14/2008                _____
                                 HON.
                                 United

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA