BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SELTENRICH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SELTENRICH,<br><br>Defendant. | No. CR-08-605 MHP<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CORRECT JUDGMENT AND COMMITMENT |

On January 5, 2009, Mr. Seltenrich pled guilty to three counts of bank robbery and one count of escape. On that same day, the Court sentenced Mr. Seltenrich to 77 months in jail and ordered restitution in the amount of $9,949.[1] During the sentencing hearing, the Court stated on the record that, should it be determined that any money constituting the loss amount had already been recovered, the restitution amount should be reduced accordingly.

Mr. Seltenrich informed undersigned counsel that when he was arrested, a portion of the

[1] The Judgment and Commitment incorrectly states that the total amount of restitution is $9490. *See* Judgment and Commitment at 5.

money was immediately turned over to the authorities. This is reflected in the discovery. AUSA Katherine Dowling confirmed with the agents working on the case that in fact $5966 of the stolen money was recovered. Accordingly, the parties jointly stipulate that Mr. Seltenrich's remaining restitution is the difference in those two amounts, or $3983. Pursuant to FED. R. CR. P. 35(a), the parties agree that the Court should issue a new Judgment and Commitment reflecting that the correct restitution in this cases is $3983.

IT IS SO STIPULATED.

1/12/09 /s/

DATED KATHERINE DOWLING
Assistant United States Attorney

1/12/09 /s/

DATED RITA BOSWORTH
Assistant Federal Public Defender

IT IS SO ORDERED.

1/14/2009

DATED MA[illegible]
Uni[illegible]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel